# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THADDEUS JEFFERY JOHNSON,
SR, INDIVIDUALLY, CANDACE
HOWARD, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD
THADDEUS JEFFERY JOHNSON,
JR. (DECEASED)

VERSUS

C'S TRANSPORTATION SERVICES
LLC, AMERICAN SERVICE
INSURANCE COMPANY, INC.,
CHARLES SANDERS AND DELACY
DIANE HOWARD

NO. 2019 CW 1127

DECEMBER 17, 2019

In Re:    Thaddeus Jeffery Johnson, Sr., individually, Candace
          Howard, individually and on behalf of their minor
          child Thaddeus Jeffery Johnson, Jr. (deceased),
          applying for rehearing, 23rd Judicial District Court,
          Parish of Ascension, No. 118283.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

          APPLICATION FOR REHEARING DENIED.

                           JMM
                           MRT
                           WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT